IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                                  )
                                        )
Rosengren, Bret Richard                 )       BK 08-10186-NLJ
                                        )       Chapter 7
            Debtor.                     )

PAYMENT OF FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3010

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not mailed for the reason that the dividend to be paid to each creditor was under $5.00. Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3010 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| 0009 | 1008 | Mercy Health NW<br>PO Box 504403<br>Saint Louis, MO  63150 | $3.05 |
| 0011 | 1008 | Mercy Health Center<br>4300 W. Memorial Road<br>Oklahoma City, OK  73120 | $1.91 |
| 0012 | 1008 | Mercy Health Center<br>4300 W. Memorial Road<br>Oklahoma City, OK  73120 | $1.91 |
| 0013 | 1008 | Mercy Health Center<br>4300 W. Memorial Road<br>Oklahoma City, OK  73120 | $1.91 |
| 0014 | 1008 | Mercy Health Center<br>4300 W. Memorial Road<br>Oklahoma City, OK  73120 | $1.91 |
| 0015 | 1008 | Greenmaster Lawn<br>PO Box 75848<br>Oklahoma City, OK  73147 | $3.51 |

Total                                                                $14.20

Dated: December 9, 2009          s/ Douglas N. Gould
                                            Douglas N. Gould, TRUSTEE, OBA #3500
                                            Douglas N. Gould, PLC
                                            6303 Waterford Blvd., Ste. 260
                                            Oklahoma City, Oklahoma 73118
                                            405.286.3338
                                            405.848.0492 Fax
                                            dg@dgouldlaw.com